Form ntcdsm

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:    Case No.:    06−17928 JS    Chapter:    13**

Gary D. Boardwine
Debtor(s)

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case  was entered on 11/5/09.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. §§ 362(a) is terminated.

Dated: 11/5/09

                                              Mark D. Sammons, Clerk of Court
                                              by Deputy Clerk, S McKenna301−344−3390